IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 2:13-CR-20010-002

PHILLIP SELF     DEFENDANT

## ORDER

Currently before the Court is the Government's Motion to Amend/Correct Indictment and Plea Agreement (Doc. 27). The Government requests that the Indictment (Doc. 1) and the Plea Agreement (Doc. 26) in this case be corrected to reflect that Defendant's true name is Philip Self, and not Phillip Self. Defense counsel has informed the Court that Defendant has no objection to the Government's Motion.

"Although the general rule is that a court may not amend an indictment, that rule is inapplicable when the change is one of form only." *United States v. Mason*, 869 F.2d 414, 417 (8th Cir. 1989). "Misnomers generally are mistakes of form that may be corrected by amending the indictment." *Id*. "Furthermore, a finding of prejudice to the defendant must be present before an amendment is held impermissible." *Id.* (quotation omitted).

The Court finds that the amendment requested by the Government is one of form only and that no prejudice to the defendant will result from granting the Government's Motion.

IT IS THEREFORE ORDERED that the Government's Motion (Doc. 27) is GRANTED.

IT IS SO ORDERED this 23rd day of July, 2013.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE